GOLDSMITH & HULL/File #5105653
A Professional Corporation
William I. Goldsmith     SBN 82183
Michael L. Goldsmith    SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 8:16-cv-01485-JVS-DFM |
|---|---|
| Plaintiff, | ) |
| v. | ) REQUEST FOR ENTRY OF DEFAULT |
| FILADELFO BRITO, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Plaintiff the UNITED STATES OF AMERICA hereby requests that the Clerk of this Court enter the default of defendant FILADELFO BRITO, and each of them, pursuant to F.R.Civ.P.55(a) on the grounds that each said defendant has failed to plead or otherwise defend within the time allotted by the F.R.Civ.P.  Plaintiff served the complaint on each defendant on SEPTEMBER 8,2016, as shown by the related Proof Of Service on file in this action.  No defendant is a minor or an incompetent person, or in the military service of the United States.

//
//
//
//

1  The undersigned declares under penalty of perjury, under the laws of the United
2  States, that the foregoing is true and correct.  Executed at Northridge, California, on the
3  date set forth below.

5  Dated:  October 17, 2016                                      GOLDSMITH & HULL, A.P.C.

7                                                          /S/
                                                 Michael L. Goldsmith
8                                                Attorney for Plaintiff

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16933 Parthenia Street, Suite 110, Northridge, CA 91343

On the date set forth below I served the foregoing documents described as REQUEST FOR ENTRY OF DEFAULT on the interested parties in this action, by placing a true copy (ies) thereof enclosed in a sealed envelope addressed as follows:

FILADELFO BRITO, et al.
**PERSONAL & CONFIDENTIAL**
***************
Garden Grove CA *****

[X] BY MAIL, I deposited such envelope, postage thereon fully prepaid, in the United States Mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collections and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] FEDERAL, I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on October 17, 2016  , at NORTHRIDGE, CALIFORNIA

                                    /S/ Sonia Molina
                                    Sonia Molina

:P549FD